NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1082, -1083

FORTUNET, INC., MILLENNIUM, INC.,
and MILLENNIUM GAMES, INC.,

Plaintiffs-Appellees,

and

JACK B. CORONEL,

Third Party Defendant-Appellee,

v.

PLANET BINGO, LLC,

Defendant/Third Party Plaintiff -
Appellant,

and

MELANGE COMPUTER SERVICES, INC.,

Defendant-Appellant.

Michael D. Rounds, Watson Rounds, of Reno, Nevada, argued for plaintiffs-appellees and third party defendant-appellee. With him on the brief was Cassandra P. Joseph.

Jeffrey Weiss, Weiss & Moy, P.C., of Washington, DC, argued for defendant/third party plaintiff-appellant. With him on the brief was Karen J. Sepura.

Mark R. Fox, Fraser Trebilcock Davis & Dunlap, P.C., of Lansing, Michigan, argued for defendant-appellant. With him on the brief was Toni L. Harris.

Appealed from: United States District Court for the District of Nevada

Judge Philip M. Pro

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1082, -1083

FORTUNET, INC., MILLENNIUM, INC.,
and MILLENNIUM GAMES, INC.,

Plaintiffs-Appellees,

and

JACK B. CORONEL,

Third Party Defendant-Appellee,

v.

PLANET BINGO, LLC,

Defendant/Third Party Plaintiff-
Appellant,

and

MELANGE COMPUTER SERVICES, INC.,

Defendant-Appellant.

# Judgment

ON APPEAL from the        United States District Court for the District of Nevada

In CASE NO(S).        2:04-CV-1448 and 2:04-CV-0556.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, <u>Circuit Judge</u>, CLEVENGER, <u>Senior Circuit Judge</u>, and DYK, <u>Circuit Judge</u>).

**<u>AFFIRMED</u>.** <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED:  _September 9, 2008_       / s /   *Jan Horbaly*_____
                                                    Jan Horbaly, Clerk